THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br>Plaintiff,<br>v.<br>SYSCO LOS ANGELES, INC., a Delaware corporation,<br>Defendant. | NO.   2:23-cv-01350-RSM<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and Ryan P. Hammond of Littler Mendelson, P.C., attorneys for Defendant, Sysco Los Angeles, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this  23  day of July, 2024.

| | |
|---|---|
| REID, BALLEW, LEAHY & HOLLAND, L.L.P. | LITTLER MENDELSON, P.C. |
| _/s/ Russell J. Reid_<br>Russell J. Reid, WSBA #2560<br>Thomas A. Leahy, WSBA #26365<br>100 West Harrison Street<br>North Tower, Suite 300<br>Seattle WA 98119<br>(206) 285-0464<br>Email:  rjr@rmbllaw.com; tom@rmbllaw.com | _/s/ Ryan P. Hammond_<br>Ryan P. Hammond<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle WA 98101-3122<br>(206) 623-3300<br>Email:  rhammond@littler.com |
| Attorneys for Plaintiff | Attorney for Defendant |

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:23-cv-01350-RSM
Page 1 of 2

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

DATED this 29th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By: _____/s/ Russell J. Reid_____
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com; tom@rmbllaw.com
Attorneys for Plaintiff